# EXHIBIT "A"



EXHIBIT A-1

COVID-19 RESPONSE GRANTS

# We provide funding to U.S. local election offices to help ensure they have the critical resources they need to safely serve every voter in 2020.

The Center for Tech and Civic Life (CTCL) is excited to expand our COVID-19 Response Grant program to all U.S. local election jurisdictions. Backed by a generous $250M contribution, CTCL will provide grants to local election jurisdictions across the country to help ensure you have the staffing, training, and equipment necessary so this November every eligible voter can participate in a safe and timely way and have their vote counted.

APPLY FOR A COVID-19 GRANT

The deadline to apply is October 1, 2020. Questions about the

EXHIBIT A-2

COVID-19 grant application or process? Email us at help@techandciviclife.org.

### Why is CTCL providing grants to election offices?

Election officials have made it clear that one of their most pressing needs is funding. Based on this, CTCL is focusing philanthropic support to directly help election offices administer safe and secure elections in November.

### Who is providing the grant?

CTCL is a publicly supported 501(c)(3) nonprofit organization. CTCL is proud to have a healthy mix of financial support from foundations, individual donors, and through earned revenue. By law, CTCL's financial 990s are available for public review.

Grant funds will be disbursed from the Center for Tech and Civic Life.

### Who do I reach out to with questions about the grant program?

Contact help@techandciviclife.org with any questions about the grant program.

### What kind of election expenses do the grant funds cover?

EXHIBIT A-3

Election offices can use the funds to cover certain 2020 expenses incurred between June 15, 2020 and December 31, 2020. These include, but are not limited to, the costs associated with the safe administration of the following examples of election responsibilities.

**Ensure Safe, Efficient Election Day Administration**

- Maintain open in-person polling places on Election Day

- Procure Personal Protective Equipment (PPE) and personal disinfectant to protect election officials and voters from COVID-19

- Support and expand drive-thru voting, including purchase of additional signage, tents, traffic control, walkie-talkies, and safety measures

**Expand Voter Education & Outreach Efforts**

- Publish reminders for voters to verify and update their address, or other voter registration information, prior to the election

- Educate voters on safe voting policies and procedures

**Launch Poll Worker Recruitment, Training & Safety Efforts**

- Recruit and hire a sufficient number of poll workers and inspectors to ensure polling places are properly staffed, utilizing hazard pay where required

- Provide voting facilities with funds to compensate

- for increased site cleaning and sanitization costs
- Deliver updated training for current and new poll workers administering elections in the midst of pandemic

**Support Early In-Person Voting and Vote by Mail**

- Expand or maintain the number of in-person early voting sites
- Deploy additional staff and/or technology improvements to expedite and improve mail ballot processing

**How do I know that my office is eligible to receive a grant?**

If your U.S. election office is responsible for administering election activities covered by the grant, you're eligible to apply for grant funds.

**How much money is my office eligible to apply for?**

Your election office will be eligible to apply for a grant amount based on a formula that considers the citizen voting age population and other demographic data of your jurisdiction. Minimum grants will be $5,000. You may choose to receive less than the offered amount if your needs or eligible expenses do not reach that amount.

**Is this a matching funds grant?**

EXHIBIT A-5

Matching funds are not required to apply for this grant.

### What if I share election responsibilities with another local government office?

If you share election responsibilities with another local government office, you are encouraged to submit one combined application for grant funds. This means you'll coordinate with your other local government offices.

### What information does my office need to provide in the grant application?

You will need to provide the following information in your grant application:

- Number of active registered voters in the election office jurisdiction as of September 1, 2020

- Number of full-time staff (or equivalent) on the election team as of September 1, 2020

- Election office 2020 budget as of September 1, 2020

- Election office W-9

- Local government body who needs to approve the grant funding (if any)

- What government official or government agency the grant agreement should be addressed to

EXHIBIT A-6

### Who should submit the application for my election office?

Your election office's point of contact for the grant should submit the grant application. We leave it to you to determine who should be the point of contact.

### When can I submit my application?

You'll be able to submit your grant application beginning the week of Tuesday, September 8, 2020.

### When will my office receive the grant?

We recognize that election jurisdictions need funding as soon as possible to cover the unprecedented expenses of 2020 elections. We plan to move quickly! After you submit your application, CTCL anticipates that the certification and approval of your grant will take about 2 weeks. The disbursement timeline will depend on your local approval process.

### Will the grant be mailed via check or transferred via wire?

Wiring the grant funds is faster, but you can receive the funds via a mailed check if preferred.

### What reporting is required?

You will be required to submit a report that indicates how

EXHIBIT A-7

you spent the grant funds. The report will be in a format that should not be overly burdensome.

**When do I report how my office spent the funds?**

You'll need to submit your grant report by January 31, 2021.



CENTER FOR TECH AND CIVIC LIFE

hello@techandciviclife.org

Media Inquiries:
Email - press@techandciviclife.org
Phone - (872) 204-5714

Sign up for our email of election administration best practices, ELECTricity.

First Name

Email Address

SUBMIT

**ABOUT**
Our story
Our people
Key funders and partners
Careers
Invite us to speak

**OUR WORK**
Election Officials
Civic Data

News & events
Donate
Privacy Policy

**CONNECT**

EXHIBIT A-8