UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 30, 2020

Mr. Erick G. Kaardal

Mr. Ian Alexander Northon

Mr. Vincent Christopher Sallan

Ms. Heather Elizabeth Sumner

Mr. Christopher M. Trebilcock

Re: Case No. 20-2048, *Election Integrity Fund, et al v. City of Lansing, MI, et al*
Originating Case No.: 1:20-cv-00950

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Amy E. Gigliotti
Case Management Specialist
Direct Dial No. 513-564-7012

cc:  Mr. Thomas Dorwin

Enclosure

No. 20-2048

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 30, 2020
DEBORAH S. HUNT, Clerk

ELECTION INTEGRITY FUND, et al., )
)
    Plaintiffs-Appellants, )
)
v. )    O R D E R
)
CITY OF LANSING, et al., )
)
    Defendants-Appellees. )

Before:  STRANCH, BUSH, and MURPHY, Circuit Judges.

Upon consideration of appellants' Rule 8 Motion for Injunction Pending Appeal, the Response of appellees, and the Reply of appellants, it is ordered that the motion is denied.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt