UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

ELECTION INTEGRITY FUND,
LINDA LEE TARVER,
KIRKLYN VALENTINE, and
JIM MIRAGLIA,

          Plaintiffs,

v.

CITY OF LANSING and CITY OF FLINT,

          Defendants.

Case No. 1:20-cv-00950

Honorable Paul L. Mahoney
Magistrate Judge Ray Kent

## STIPULATED ORDER EXTENDING DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADINGS TO PLAINTIFFS' AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

This matter coming before the Court by the stipulation of the Plaintiffs and the Defendants (collectively, "Parties"), through their undersigned counsel; the Parties having stipulated and agreed that the time for Defendants to file their responsive pleadings to Plaintiffs' amended complaint for declaratory and injunctive relief should be extended to December 4, 2020; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED THAT the deadline for Defendants to file responsive pleadings to Plaintiffs' amended complaint for declaratory and injunctive relief is extended to **December 4, 2020**.

SO ORDERED.

Date:  November 10, 2020       /s/ Paul L. Maloney
                                         HON. PAUL L. MALONEY
                                         U.S. District Court Judge

STIPULATED:

By:/s/"with consent" *Erick G. Kaardal*
Erick G. Kaardal, No. 1035141
Special Counsel to Amistad Project
of the Thomas More Society
Gregory M. Erickson, No. 1050298
William F. Mohrman, No. 168816
Mohrman, Kaarsal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
(612) 341-1074
kaardal@mklaw.com

-- and --

Ian A. Northon (P65082)
Rhoades McKee
55 Campau Avenue NW, Suite 300
Grand Rapids, MI 49503
(616) 233-5125
inorthon@rhoadesmckee.com

*Attorneys for Plaintiff*

Date:  November 10, 2020

By: /s/*Christopher M. Trebilcock*
Christopher M. Trebilcock (P62101)
Vincent C. Sallan (P79888)
Clark Hill PLC
500 Woodward Avenue – Suite 3500
Detroit, Michigan 48226
(313) 965-8300
ctrebilcock@clarkhill.com
vsallan@clarkhill.com

*Attorneys for Defendants*