UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTION INTEGRITY FUND, et al., )
        Plaintiffs, )
) No. 1:20-cv-950
-v- )
) HON. PAUL L. MALONEY
CITY OF LANSING and CITY OF FLINT, )
        Defendants. )
)

## JUDGMENT

In accordance with the order entered on this date (ECF No. 40), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: June 7, 2021                                /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge